UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT JAMES CURTIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | CASE NO. C15-657 BHS<br><br>ORDER TRANSFERRING CASE |

This matter comes before the Court on Plaintiff Robert Curtis's ("Curtis") motion to proceed *in forma pauperis* (Dkt. 1) and proposed complaint (Dkt. 1, Exh. 1).

On April 27, 2015, Nancy Thorton, a lay representative, filed the instant motion and proposed complaint on behalf of Curtis. *Id*. Curtis is challenging the Social Security Administration's denial of his request for benefits. *Id*., Exh. 6. Based on a review of his submissions, Curtis is a resident of Portland, Oregon, the hearing before the Administrative Law Judge was held in Portland, and the Appeals Council's denial of his

request for review instructs Curtis to contact its local Portland office if Curtis has any additional questions.

Although Curtis has a right to file an action challenging the Government's adverse decision, Curtis has filed this complaint in the wrong district. The district court of a district in which a case is filed laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought. 28 U.S.C. § 1406(a). In evaluating the documents on file, the Court concludes that this action should be transferred to the District of Oregon. Moreover, the Court concludes that it is more appropriate to transfer this case instead of dismissing it because Curtis has a limited time period to file this complaint. Therefore, the Court *sua sponte* transfers this case to the District of Oregon.

**IT IS SO ORDERED**.

Dated this 4th day of May, 2015.

BENJAMIN H. SETTLE
United States District Judge